# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00011-CV

Jovan Eastward Readymix Plant, Inc., and Greg Young,
Appellants

v.

James Spencer and Ava Spencer,
Appellees

On appeal from the
18th District Court of Johnson County, Texas
Judge Sydney B. Hewlett, presiding
Trial Court Cause No. DC-C202200303

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellants, Jovan Eastward Readymix Plant, Inc. and Greg Young, filed their notice of appeal on January 13, 2025 challenging the trial court's judgments rendered in the trial court. On that date, Appellants were notified that a docketing statement is required to be completed and returned to this Court. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated February 11, 2025, the Clerk of this Court notified

Appellant that the docketing statement has not been filed and warned that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See* TEX. R. APP. P. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: March 20, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
CV06

